IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSICA GUINN
and ASHLEIGH WITT,
Each Individually and on Behalf of
All Others Similarly Situated                          PLAINTIFFS

v.                  No. 4:18-cv-133-DPM

NEWBOLD SERVICES, LLC,
and IH SERVICES, INC.                                DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019